UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANIELLE SNODGRASS, | : | CIVIL ACTION FILE NO. |
| | : | NO. 1-13-CV-03958-SCJ |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| INDEPENDENT PHYSICIANS RESOURCE, INC. AND APOLLOMD, INC. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

**TO:** Benton J. Mathis, Jr.
Kelly Eisenlohr-Moul
Freeman, Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Please take notice that on September 4, 2014, beginning at 3:00 p.m., Plaintiffs' counsel will proceed to take the deposition of Christopher Krubert, M.D. The deposition will be taken at the offices of Freeman, Mathis & Gary, LLP upon oral examination pursuant to Federal Rules of Civil Procedure 30 and 45. The deposition will be taken by Plaintiffs' counsel before an officer duly authorized by law to take depositions. The deposition will be taken by stenographic means and/or

videotape. The deposition will continue from day to day until its completion. You may attend and examine.

Respectfully submitted this 31st day of July, 2014.

                        THE BUCKLEY LAW FIRM, LLC

By:   s/ Jaime L. Duguay
        Jaime L. Duguay
        Georgia Bar No. 829447
        jlduguay@buckleylawatl.com
        Cheryl B. Legare
        Georgia Bar No. 038553
        cblegare@buckleylawatl.com

Promenade, Suite 900
1230 Peachtree Street
Atlanta, GA  30309
Telephone: 404-781-1100
Facsimile:  404-781-1101

Counsel for Plaintiff Danielle Snodgrass

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2013, I electronically filed the Certificate of Service serving Plaintiffs' Notice of Deposition of Christopher Krubert, M.D. with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Benton J. Mathis, Jr.
    Kelly Elisabeth Eisenlohr-Moul

                                       THE BUCKLEY LAW FIRM, LLC

                      By:    s/ Jaime L. Duguay
                              Georgia Bar No. 829447
                              jlduguay@buckleylawatl.com

Promenade, Suite 900
1230 Peachtree Street NE
Atlanta, GA  30309
Telephone: 404-781-1100
Facsimile:  404-781-1101

Attorneys for Plaintiff Danielle Snodgrass