UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANIELLE SNODGRASS, | : | CIVIL ACTION FILE NO. |
| | : | NO. 1-13-CV-03958-SCJ |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| INDEPENDENT PHYSICIANS RESOURCE, INC. AND APOLLOMD, INC. | : | |
| | : | |
| Defendants. | : | |

## AMENDED NOTICE OF DEPOSITION

**TO:** Benton J. Mathis, Jr.
Martin B. Heller
Freeman, Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Please take notice that on February 27, 2015, beginning at 10:00 a.m., Plaintiff's counsel will proceed to take the deposition of Christopher Krubert, M.D. The deposition will be taken at the offices of Esquire Solutions, 311 West Monroe Street, Suite 1200, Chicago, IL 60606 upon oral examination pursuant to Federal Rules of Civil Procedure 30 and 45. The deposition will be taken by Plaintiff's counsel before an officer duly authorized by law to take depositions. The

deposition will be taken by stenographic means and/or videotape. The deposition will continue from day to day until its completion. You may attend and examine.

Respectfully submitted this 12th day of February, 2015.

                                  THE BUCKLEY LAW FIRM, LLC

                    By:    s/ Jaime L. Duguay
                            Jaime L. Duguay
                            Georgia Bar No. 829447
                            jlduguay@buckleylawatl.com
                            Cheryl B. Legare
                            Georgia Bar No. 038553
                            cblegare@buckleylawatl.com

Promenade, Suite 900
1230 Peachtree Street
Atlanta, GA  30309
Telephone: 404-781-1100
Facsimile:  404-781-1101

Counsel for Plaintiff Danielle Snodgrass

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANIELLE SNODGRASS, | : | CIVIL ACTION FILE NO. |
| | : | NO. 1-13-CV-03958-SCJ |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| INDEPENDENT PHYSICIANS | : | |
| RESOURCE, INC. AND | : | |
| APOLLOMD, INC. | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015, I electronically filed Plaintiff's **Amended Notice of Deposition of Christopher Krubert, M.D.** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Benton J. Mathis, Jr. and Martin B. Heller

                            THE BUCKLEY LAW FIRM, LLC

             By:    s/ Jaime L. Duguay
                          Georgia Bar No. 829447
                          jlduguay@buckleylawatl.com

1230 Peachtree Street NE, Ste. 900
Atlanta, GA  30309
Telephone: 404-781-1100
Facsimile:  404-781-1101

Counsel for Plaintiff Danielle Snodgrass