```
                    ILLINOIS PROCESS SERVICE
                           P O BOX 921
                      WAUKEGAN, ILLINOIS 60079
                     847-596-2100 312-696-0030
                    IllinoisProcess@comcast.net (E-mail)
                    IllinoisProcessService.com (WEB)

CLIENT: RENEE RITTERLING                                    Acct#
        BUCKLEY LAW FIRM, LLC
        1230 PEACHTREE STREET NE
        ATLANTA, GA 30309

INVOICE DATE: 02/25/2015                    INVOICE NUMBER:  15-020236
======================================================================

SUBJECT:CHRISTOPHER               KRUBERT

CLIENT FILE #:
                                            DOCKET #: 1:13-CV-03958-S

PLAINTIFF:      DANIELLE SNODGRASS
    vs
DEFENDANT:      INDEPENDENT PHYSICIANS RESOURCE, INC AND APOLLOMD,

ACTION:SERVICE
RESULT:SUBSERVICE AT DEFENDANTS HOME
                     Fee:                          59.00
                     Fee:
                     DISCOUNT:
                     PREPAID,                     -59.00
                     TYPE PMT:CHECK
                     #      1748
                     LATE FEE 24% APR:
                     INVOICE FEE:

                              AMOUNT DUE:$         0.00

DUE UPON RECEIPT                         THANK YOU

NOTE: FEES ADVANCED INCUR A SERVICE FEE OF 10% OF THE TOTAL ADVANCED OR MINIMUM
      CHARGE OF $10.00.

   INVOICING IS PROVIDED AS A CONVENIENCE AND NOT AN EXTENTION OF CREDIT.
     PAYMENT IS DUE UPON RECEIPT & CONSIDERED DELINQUENT AFTER 10 DAYS.
                              WE ACCEPT
        MASTER CARD * VISA * DISCOVER CARD * AMERICAN EXPRESS * DINERS CLUB
                                    (8% Trans fee)
         FOR YOUR WISCONSIN PROCESS SERVICE NEEDS PLEASE VISIT:
                    www.WisconsinProcessService.NET
                    www.WisconsinProcessServers.com
                           OR CALL:
                      262.925.8500 (KENOSHA)
                      414.727.2000 (MILWAUKEE)
```

```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
```

DANIELLE SNODGRASS

VS                                              CASE NO.1:13-CV-03958-S

INDEPENDENT PHYSICIANS RESOURCE, INC AND APOLLOMD, INC

TERRY RYAN                    Being first duly sworn on oath deposes and says that
he is over the age of 21 and not a party to this cause.

That he served the within     SUBPOENA IN A CIVIL CASE
                              WITNESS FEE $ 72.77

On the within named Defendant CHRISTOPHER
                              KRUBERT
by leaving the above mentioned documents with
TIFFANY KRUBERT (WIFE)
who is authorized to accept service of these documents on 02/20/2015, and
informing that person of the contents thereof.
****************************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents
were as follows:

Sex:         FEMALE                    Height:5'05"
Race:        WHITE                     Weight:140
Age:         46

The place and time of day where the documents were served was as follows:

Place:       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
             KENILWORTH, IL  ▓▓▓
Time:        11:15AM
****************************************************************************
I certify under penalty of perjury under the laws of the United States that the
foregoing is true and accurate.

Executed on 02/25/2015
                                      _____
                                      PROCESS SERVER   LIC#129-238426

Issued by the
# UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF __ILLINOIS*__



DANIELLE SNODGRASS,
Plaintiff,

v.

INDEPENDENT PHYSICIANS RESOURCE, INC. AND APOLLOMD, INC.
Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]  1:13-CV-03958-SCJ-AJB

*pending in the Northern District of Georgia, Atlanta Division

TO:  CHRISTOPHER KRUBERT, ▇▇▇  KENILWORTH, IL ▇▇

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE/TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE/TIME |
|---|---|
| ESQUIRE SOLUTIONS, 311 WEST MONROE STREET, SUITE 1200, CHICAGO, IL 60606 | 02/27/2015 at 10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (see attachment A):

| PLACE | TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  ATTORNEY FOR PLAINTIFF | 02/11/2015 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
JAIME L. DUGUAY, ESQ.
THE BUCKLEY LAW FIRM, LLC
1230 PEACHTREE STREET, NE, SUITE 900
ATLANTA, GA  30309
404-781-1100

(See Rule 45, Fed.R.Civ.P., Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.
AO 88 (Rev. 1/94) Subpoena in a Civil Case